173 F.3d 421
 Leonida Lidman
v.
U.S. Department of State, Office of Equal Employment
Opportunity Commission and Civil Rights (EEOCR), U.S.
Department of State, Office of Personnel, U.S. Department of
State, Passport Services, Ms. Lannie Prince, Ms. Audrey F.
Morton, Ms. Adrienne Hatchett, Mr. David Kamenshine, Mr.
Michael Hoffman, Mr. Richard Wanderer, Mr. Gilbert Lewis,
Ms. Idalia Bravo, Secretary State
 NO. 98-5272
 United States Court of Appeals,
Third Circuit.
 December 04, 1998
 
 1
 Appeal From: D.N.J.
 
 
 2
 Affirmed.